UNITED STATES of America,
Plaintiff–Appellee,

v.

Herman Lee TATE, Defendant–
Appellant.

No. 02–7674.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

Herman Lee Tate, Appellant Pro Se.
Brian Steven Cromwell, Office of the Unit-
ed States Attorney, Charlotte, North Car-
olina, for Appellee.

Before WILLIAMS, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Herman Lee Tate appeals the district
court's order denying his petition for a
writ of mandamus. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *See United States v.
Tate*, No. CR–98–125–9–V (W.D.N.C. filed
Sept. 25, 2002; entered Oct. 2, 2002). We
dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*